IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASONS #90**
**HEALTH & WELFARE FUND and**
**EMPLOYERS & CEMENT MASONS #90**
**PENSION FUND,**

**Plaintiffs,**

**v.**

**HCS LYNCH CONSTRUCTION CO.,**

**Defendant.**                                      No. 06-CV-733-DRH

## ORDER

**HERNDON, District Judge:**

On December 13, 2006, Plaintiffs filed a notice of voluntary dismissal without prejudice (Doc. 6). The Court **ACKNOWLEDGES** Plaintiffs' Notice of Voluntary Dismissal. Because Plaintiffs have dismissed this case without prejudice, the Court will close the file.

**IT IS SO ORDERED.**

Signed this 14th day of December, 2006.

/s/      David RHerndon
**United States District Judge**